IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 19, 2011
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

---

Civil Action No. 10-cv-02019-RPM

DEBORAH EKE,                                                 John R. Olsen

    Plaintiff,

v.

CARIDIANBCT, INC.,                                Charles W. Weese, III

    Defendant.

---

## COURTROOM MINUTES
---

**Hearing on Motion for Summary Judgment**

**2:00 p.m.**     **Court in session.**

Plaintiff and Defendant's client representative Scott Larson present.

Mr. Olsen states plaintiff withdraws the state law claims.

**ORDERED:**     **Plaintiff's state law claims are withdrawn.**

Court states its understanding of the case facts.

Argument by Mr. Weese.
Argument by Mr. Olsen.

Court's oral findings and conclusions as stated on record.

**ORDERED:**     **Defendant's Motion for Summary Judgment [15], is granted.** Case is dismissed.

**2:39 p.m.**     **Court in recess.**

Hearing concluded. Total time: 39 min.