IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02019-RPM

DEBORAH EKE,

    Plaintiff,

v.

CARIDIANBCT, INC.,

    Defendant.

---

ORDER FOR ENTRY OF JUDGMENT

---

Pursuant to the findings and conclusions stated at the conclusion of the hearing held today, it is

ORDERED that defendant's motion for summary judgment is granted. This civil action is dismissed and judgment will enter dismissing this action and for costs.

Dated: October 19th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge